**Petition for Writ of Habeas Corpus Granted and Order filed October 30, 2014.**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

## NO. 14-14-00850-CV

## IN RE RICHARD PARKER, Relator

ORIGINAL PROCEEDING
WRIT OF HABEAS CORPUS
247th District Court
Harris County, Texas
Trial Court Cause No. 2012-13073

## ORDER

This court has reviewed the petition for writ of habeas corpus of relator, Richard Parker.

The court is of the opinion that relator's petition requires further consideration. *See* Tex. R. App. P. 52.8(b)(3). We therefore order the clerk of this court to issue a writ of habeas corpus, returnable on December 4, 2014, pending

final determination of the relief requested in the petition. We further order that relator be discharged upon execution and filing of a bond as set forth below. *See id.*

The relator will be admitted to bail upon him giving a good and sufficient bond, signed by relator as principal and his attorney, Walter P. Mahoney, Jr., as surety, conditioned as required by law, or by any other surety acceptable to the Sheriff of Harris County, or cash in lieu of bond, in the sum of five hundred dollars ($500.00), pending the hearing on the return date of this writ, and until otherwise ordered by this court.

A response to the petition is hereby requested to be filed on or before November 14, 2014. The cause is set for submission without oral argument on December 4, 2014.

PER CURIAM

Panel consists of Justices McCally, Busby, and Donovan.